# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

February 8, 2007

Before

**Hon.** FRANK H. EASTERBROOK, Chief Judge

**Hon.** ILANA DIAMOND ROVNER, Circuit Judge

**Hon.** DIANE P. WOOD, Circuit Judge

| | |
|---|---|
| **Nos.** 05-4324 & 06-1165 | Appeals from the United States District Court for the Central District of Illinois. |
| ERIK REDWOOD and JUDE REDWOOD, *Plaintiffs-Appellants, Cross-Appellees,* | |
| **v.** | No. 00-2305 Michael P. McCuskey, *Chief Judge.* |
| ELIZABETH DOBSON and HARVEY CATO WELCH, *Defendants-Appellees,* | |
| and | |
| Marvin Ira Gerstein, *Defendant-Appellee, Cross-Appellant.* | |

**Order**

The slip opinion of this court issued on February 7, 2007, is amended as follows:

Page 2, first full paragraph, line 2, change "Welsh" to "Welch".